**Order entered December 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01472-CV

## IN THE INTEREST OF H.F. AND C.F., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-13-01148-W**

## ORDER

Before the Court is the December 17, 2014 motion to appoint Frank Adler as appellate counsel for appellant Father. This Court has confirmed with the trial court that Mr. Adler was appointed by the trial court on November 10, 2014 to represent appellant Father on appeal. Accordingly, we **DENY** the motion as moot.

/s/     ELIZABETH LANG-MIERS
JUSTICE